UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:

        Danuta Broszczok                              Case No.

                                                                  Chapter 7

-------------------------------------------------------x

**Pre-petition statement pursuant to local rule 2017-1**

1. Pursuant to Local Rule 2017-1, I, Jerzy Sokol, certify that I am attorney for the above named debtor and admitted to practice before this court.

2. The debtor, Danuta Broszczok, consulted with me, in my office, on October 1, 2004. That consultation lasted approximately 1.5 hour. I have analyzed the debtor's financial situation and rendered advise to the debtor in the determining whether to file petition in bankruptcy.

3. The debtor consulted with me again on October 13, 2004. I explained her the benefits and consequences of filing a petition pursuant to the provisions of Chapter 7 and Chapter 13 of the Bankruptcy Code. I also discussed and gathered the information necessary to complete the Chapter 7 Bankruptcy Petition, Schedules and Statements of Financial Affairs. I made phone calls to the creditors to obtain or verify their correct addresses.

4. I spent approximately 4 hours on preparation and review of the Petition, Schedules and all other documents necessary to file a voluntary petition in bankruptcy under Chapter 7 of the U.S. Bankruptcy Code.

5. My hourly rate is $150.00.


Date: October 14, 2004                                             _____
                                                                        Jerzy Sokol
                                                          Law Offices of Jerzy Sokol
                                                     861 Manhattan Avenue, Suite 6
                                                        Brooklyn, NY 11222
                                                         718-389 5115