UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2 (b)

DEBTOR    Danuata Broszczok            CASE NO:

Pursuant to the Local Bankruptcy Rule 1073-2 (b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and beliefs:

[ NOTE: cases shall be deemed "Related Cases" for purposes of E.D.N.Y.LBR 1073-1 and E.D.N.Y.LBR 1073-2 if the earlier case was pending at any time within six years before the filing the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101 (2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11U.S.C § 541(a).]

(X) NO RELATED CASE IS PENDING OR HAS BEEN PANDOING AT ANY TIME

(  ) THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO:              JUDGE:              DISTRICT/DIVISION

CASE STILL PENDING (Y/N)            (If closed) DATE OF CLOSING

CURRENT STATUS OF RELATED CASE:

MANNER IN WHICH CASES ARE RELATED:

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO:                JUDGE:              DISTRICT/DIVISION

CASE STILL PENDING (Y/N)              (If closed) DATE OF CLOSING

CURRENT STATUS OF RELATED CASE:

MANNER IN WHICH CASES ARE RELATED:

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtor. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): Y

 Certification ( to be signed by pro se debtor/ petitioner or debtor/ petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now or pending at any time, except as indicated elsewhere on this form.


/s/Jerzy Sokol
_____
Signature of Debtor's Attorney
861 Manhattan Ave., Suite 6
Brooklyn, NY 11222
(718) 389-5115

Failure to fully and truthfully provide all information required by the E.D.N.Y.LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversation, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.