# United States Bankruptcy Court

Eastern District Of New York
75 Clinton Street
Brooklyn, NY 11201

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name: Danuta Braszczok**

**Case Number: 1−04−24804−cec**     **Date Filed: October 18, 2004**

The above case was filed electronically, and is accessible via the Court's Internet site at http://www.nyeb.uscourts.gov. In compliance with Federal Rule of Civil Procedure 11 and the court's General Order on Electronic Filing Procedures ("General Order #473"), the attorney's initials, the last four digits of the attorney's social security number and the password assigned to the attorney by the court shall constitute the attorney's signature on any document filed electronically. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with the General Order #473.

All parties with legal representation must file documents by one of the following methods:

1. **INTERNET (Preferred Method):** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running a standard Windows platform (Windows 98/Me/NT/2000/XP); an Internet provider using Point to Point Protocol (PPP) for dial−up service, or offering DSL or cable service; Netscape Navigator software version 4.7x or higher or Microsoft Internet Explorer version 5.5 or higher; and software to convert documents from a word processing format (e.g., Corel WordPerfect or Microsoft Word) to portable document format (PDF). (If the word processing software you use does not contain a built−in conversion utility, you will need Adobe Acrobat, version 4.01 or higher, to perform the conversion.) The URL address is www.nyeb.uscourts.gov. A password is needed to file documents into this system. Please contact the Court to obtain a password. In addition, a Pacer login is needed to view or print documents from this system. A Pacer login can be obtained by calling the Pacer Service Center at 1−800−676−6856 or by visiting their website at http://pacer.psc.uscourts.gov.

2. **DISKETTE, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Corel WordPerfect and Microsoft Word include a built−in conversion utility. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of the document, and the file name on the diskette.

**Important Note: All proofs of claim are to be filed in paper form.**

**Adversary Proceedings filed relative to cases assigned to the ECF system will also be assigned to the system. Documents filed in such proceedings MUST comply with the foregoing electronic filing requirements.**

**Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.**

**The debtor is responsible for serving a copy of the petition on certain parties. Names and addresses of parties to be served will be found on the reverse of this notice.**

Dated: October 20, 2004

For the Court, Joseph P. Hurley, Clerk of Court

**Service of Petition**

In ALL cases, a copy of the petition must be served on the United States Trustee, as follows:

**BROOKLYN CASES:**
Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, New York 10004

**CENTRAL ISLIP CASES:**
Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722

In Chapter 11 cases ONLY, a copy of the petition must be served on the following parties:

Internal Revenue Service
10 Metro Tech Center
625 Fulton Street
Brooklyn, New York 11201

Securities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York, New York 10279

In Chapter 7, Chapter 12 and Chapter 13 cases, a copy of the petition must be served on the trustee appointed in the case. Refer to the Notice of Meeting of Creditors accompanying this notice for the name and mailing address of the trustee.

**BLnef** [Notice of Electronic Filing rev. 02/23/04]